IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-198-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DONNY OLMOS,

     Defendant.

_____

## MINUTE ORDER

_____

The following Minute Order is entered by Judge Walker D. Miller:

Hearing on the supervised release violation will be held **February 8, 2011, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated:  December 14, 2010          Jane Trexler, Judicial Assistant