IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-198-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNY OLMOS,

    Defendant.

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on the supervised release violation is rescheduled to **June 8, 2011, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: February 10, 2011                    Jane Trexler, Judicial Assistant