
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-198-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNY OLMOS,

    Defendant.

_____

**MINUTE ORDER**
_____

The following Minute Order is entered by Judge Walker D. Miller:

Defendant's motion to vacate hearing will be granted upon rescheduling.

Dated:  June 6, 2011                    Jane Trexler, Judicial Assistant