# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
|---|---|
| v. | Case Number: 04-cr-00198-WJM-01 |
| | USM Number: 32622-013 |
| DONNY OLMOS a/k/a Alberto Guzman-Perez | Patrick Ridley, Appointed (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3 and 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Drug Treatment as Directed (Urinalysis) | 01/07/10 |
| 2 | Failure to Participate in Drug Treatment as Directed (Counseling) | 11/12/09 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 8, 2011
Date of Imposition of Judgment

Signature of Judge

William J. Martinez, U.S. District Judge
Name & Title of Judge

13 Dec 2011
Date

DEFENDANT: DONNY OLMOS
CASE NUMBER: 04-cr-00198-WJM-01                                                                 Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Report to the Probation Officer as Directed | 12/21/09 |
| 4 | Violation of the Law | 02/03/10 |

DEFENDANT: DONNY OLMOS  
CASE NUMBER: 04-cr-00198-WJM-01                                         Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fifteen (15) months to run concurrent to the sentence the defendant is now serving as a result of his conviction in El Paso District Court, Docket No. 2010-CR-470. No term of supervision will follow imprisonment.

The Court recommends to the Bureau of Prisons 1) that the defendant receive credit for 365 days spent in official detention prior to sentencing; 2) that the defendant be allowed to complete his federal sentence before returning to the jurisdiction of the state prison authorities.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By_____

Deputy United States Marshal